# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMIEN GASTON

NO. 2025 KW 1137

**JANUARY 9, 2026**

---

In Re:    Damien Gaston, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 869361, 869485, 869486, 869487, 869489, 869490, 869491.

---

BEFORE:    **MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include documents from the district court record that may assist with reviewing his claims such as the bills of information, the guilty plea and sentencing transcript, the criminal court minutes, and any other portions of the district court record that might support the claims presented in the motions at issue. The party seeking relief is responsible for filing and attaching all documents and exhibits in connection with an application for writs. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date and the application shall be filed on or before March 10, 2026. Any future filing should also include the entire contents of this application, the missing items noted above, and a copy of this ruling.

SMM
BDE

**Fields, J.,** concurs in part and dissents in part. I would deny relator's claim, raised in the writ application for the first time, that the district court failed to state for the record the La. Code Crim. P. art. 894.1 factors taken into consideration and the reasons for imposition of consecutive sentences in this case. See **State v. Butler**, 2012-2359 (La. 5/17/13), 117 So.3d 87, 89 (*per curiam*), cert. denied, 572 U.S. 1064, 134 S.Ct. 1879, 188 L.Ed.2d 918 (2014).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT